FILED: February 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-6245
(1:16-cv-00734-CMH-JFA)

_____

KAREN OVELY TEJEDA REYES

      Plaintiff - Appellant

v.

SARAH SALDANA, Immigration and Customs Enforcement Director

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:16-cv-00734-CMH-JFA |
| Date notice of appeal filed in originating court: | 02/23/2017 |
| Appellant (s) | Karen Ovely Tejeda Reyes |
| Appellate Case Number | 17-6245 |
| Case Manager | Anisha Walker<br>804-916-2704 |